AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MALIK MCLEOD <br> *Plaintiff* <br> v. <br> YAHAIRA LLANO <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 17-CV-6062 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* MALIK MCLEOD recover from the defendant *(name)* YAHAIRA LLANO the amount of TEN THOUSAND dollars ($ 10,000.00 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.07 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge ALLYNE R. ROSS presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 8/6/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*